```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ANTHONY REEVES,                           :

                Plaintiff,           :      **ORDER**

   -against-                                :      07 Civ. 9475 (LBS)

A.B.C. EMPLOYMENT AGENCY, INC.,           :

                Defendant.           :
----------------------------------------------------------------x

SAND, J.

      Pro Se plaintiff has filed a notice of motion for a default judgment but has not stated a return date for the motion. Defendant corporation has sent a letter dated March 10, 2008 to the Court. Neither of these documents is effective.

      Plaintiff is to serve a new notice of motion for a default judgment stating a specific date (no less than 20 days thereafter) for the defendant to reply. Defendant must file a formal reply by that date. Since defendant is a corporation the rules require that it be represented by an attorney. If no reply is received by that date the Court will grant the motion for default judgment.

      Alternatively, if both parties wish to appear before Magistrate Judge Peck to see if they can reach an agreement to resolve this controversy, they should advise the Court in writing.

SO ORDERED.

Dated:   New York, New York
           May 8, 2008

                                                    _____
                                                    U.S.D.J.

```
COPIES MAILED TO ALL PARTIES
5-8-08  94
```