**MEMO ENDORSED**

RECEIVED MAY 21 2008 — CHAMBERS OF LEONARD B. SAND

A.B.C Employment Agency, Inc.
N.Y.C. LIC # 0_____ D.C.A.
257 West 4th Street
New York, NY 10001
Tel: 212-239-2460 • Fax: 212-239-____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08

RECEIVED MAY 20 2008 — PRO SE OFFICE

**MEMO ENDORSED**

COPIES MAILED TO ALL PARTIES
5-21-08

5/20

United States District Court
Southern District of NY

To whom this may concern,

Please be advised that Anthony Reeves and ABC Employment Agency resolved any differences between them. All matters concerning United District Court any other action is hereby dropped. No further action will be taken by either party.

Sincerely,
ABC Employment Agency
[signature]

Anthony Reeves
Anthony Reeves
ANTHONY REEVES

Endorsement
Case closed
LBS Sand
5/20/08  USDJ